UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donna Pontis,<br><br>                    Plaintiff,<br><br>    v.<br><br>Midland Credit Management, Inc.;<br>Midland Funding, LLC,<br><br>                    Defendants. | Case No. 25-cv-1202-BAS-SBC<br><br>**ORDER DENYING JOINT MOTION TO DISMISS (ECF No. 10)** |

Before this Court is Plaintiff Donna Pontis ("Plaintiff") and Defendant Midland Credit Management, Inc.'s ("Midland Credit") request to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). (ECF No. 10.) A dismissal is without prejudice unless the parties stipulate otherwise. *See* Fed. R. Civ. P. 41(a)(1)(B). Here, two of the three parties have stipulated otherwise. (ECF No. 10 at 1–2.) However, Defendant Midland Funding, LLC ("Midland Funding") did not join in the joint motion to dismiss, which explicitly reads "Plaintiff Donna Pontis and Defendant Midland Credit Management, Inc. by and through undersigned counsel, jointly move the Court to dismiss this action in its entirety with prejudice." (*Id.* at 1.) As written, Midland Funding did not join in the motion, even though it shares an attorney with Midland Credit. (*See id.* at 2.)

1  Accordingly, unless and until Midland Funding joins the motion, the action cannot be
2  dismissed.
3      Having considered Plaintiff's and Midland Credit's request, the Court **DENIES** the
4  Joint Motion without prejudice. (*Id.*)
5      **IT IS SO ORDERED.**

7  DATED: August 15, 2025

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**